# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LEE BENNETT,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LT. SOLPECK, JOHN DOES 1 - 5, and JANE DOE,<br><br>　　　　　　　　　　Defendants. | Case No. 16-CV-1403-JPS<br><br><br><br>**ORDER** |

On March 9, 2017, Plaintiff filed a motion to amend his pleading to identify certain John Doe defendants. (Docket #14). Plaintiff did not, however, actually include an amended pleading with the motion. As noted in the Court's trial scheduling order, he must amend his pleadings to properly identify any John Doe defendants, and "'[a]ny amendment to a pleading . . . must reproduce the entire pleading as amended, *and may not incorporate any prior pleading by reference*.'" Civil L. R. 15(a) (E.D. Wis.) (emphasis added)." (Docket #12 at 1-2). Plaintiff's motion must be denied for his failure to comply with these rules.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to amend (Docket #14) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 10th day of March, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge